DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

CHARLES COMBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0767

—————————————————

May 24, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SLEET, C.J., and ATKINSON and SMITH, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.